No. D–629. IN RE DISBARMENT OF MIRTO. It is ordered that Peter G. Mirto, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. Supplemental Report of the Special Master on the Alabama and Mississippi boundary cases is received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, if any, with supporting briefs, may be filed within 30 days. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier decision herein, see, e. g., 470 U. S. 93.]

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of Wyoming for leave to file a counterclaim granted. Answers to the counterclaim may be filed within 60 days. [For earlier order herein, see 479 U. S. 1051.]

No. 85–1409. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. YUCKERT. C. A. 9th Cir. [Certiorari granted, 476 U. S. 1114.] Motion of respondent for leave to file a supplemental brief after argument granted. Motion of the Solicitor General for leave to file a supplemental brief after argument granted.

No. 86–337. BURLINGTON NORTHERN RAILROAD CO. v. OKLAHOMA TAX COMMISSION ET AL. C. A. 10th Cir. [Certiorari granted, 479 U. S. 913.] Motion of respondents for leave to file a supplemental brief after argument granted.

No. 86–594. NATIONAL LABOR RELATIONS BOARD ET AL. v. UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 23, AFL–CIO. C. A. 3d Cir. [Certiorari granted, 479 U. S. 1029.] Motion of the Solicitor General to dispense with printing the joint appendix granted.